IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03141-REB-BNB

ENERGY DRILLING, LLC, a Wyoming corporation,

Plaintiff,

v.

RANCHER'S EXPLORATION PARTNERS, LLC, a Nevada corporation,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Stipulated Motion to Continue Scheduling Conference** [docket no. 16, filed February 14, 2014] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for February 20, 2014, is **vacated and reset to March 6, 2014, at 2:00 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **February 27, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).


DATED:  February 14, 2014