**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 13-cv-03141-REB-BNB

ENERGY DRILLING, LLC, a Wyoming corporation,

     Plaintiff,

v.

RANCHER'S EXPLORATION PARTNERS, LLC, a Nevada limited liability company,

     Defendant

---

**ORDER**

---

**Blackburn, J.**

     The matter is before the court on the **Stipulation in Lieu of Judgment** [#20][1] filed

March 14, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation

should be approved and that this action should be closed administratively.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation in Lieu of Judgment** [#20] filed March 14, 2014, is

**APPROVED** ; and

     2.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action

administratively, subject to reopening for good cause.

     Dated March 17, 2014, at Denver, Colorado.

                         **BY THE COURT:**

                         Bob Blackburn

                         Robert E. Blackburn
                         United States District Judge

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.