**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 13-cv-03141-REB-NYW

ENERGY DRILLING, LLC, a Wyoming corporation,

    Plaintiff,

v.

RANCHER'S EXPLORATION PARTNERS, LLC, a Nevada limited liability company,

    Defendant

## ORDER GRANTING PLAINTIFFS MOTION TO RE-OPEN CASE

**Blackburn, J.**

The matter before me is plaintiff's **Motion To ReOpen Civil Action, Notice of Failure To Comply With Stipulated Judgment and Request for Order Entering Judgment** [#22],[1] filed June 2, 2015.  Defendant has no response to the motion.  I have jurisdiction over this matter pursuant to 28 U.S.C. §1332 (diversity of citizenship). I grant the motion.

This case was closed administratively in light of the parties' Stipulation in Lieu of Judgment.  (**See Order** [#21], filed March 17, 2014.  A case that is administratively closed pursuant to D.C.COLO.LCivR 41.2 may be reopened for good cause shown. ***See American Family Mutual Insurance Co. v. Teamcorp, Inc.***, 835 F.Supp.2d 1083, 1086 (D. Colo. 2011).  Plaintiff seeks to reopen to enforce the parties' agreement

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

following defendant's failure to make all payments required by the stipulation and seeks entry of judgment in its favor on the stipulation.

The evidence appended to the motion shows that defendant defaulted on its obligation to make timely payments on the principal amount of the debt in March, April, and May 2015.  The balance due and owing to plaintiff is $34,272.02.  Plaintiff has met all conditions precedent under the stipulated agreement to seek relief from defendant's default.  Pursuant to the stipulation, defendant consented to the entry of judgment for the remaining balance of the debt together with 18% interest on the amount owed from July 17, 2013, to the present and "any and all previously forgiven interest and attorneys' fees." (*See* **Stipulation in Lieu of Judgment** ¶ 6 at 2 [#20], filed March 14, 2014; *see also id.* ¶¶ 5 at 2 & 8 at 3.)  Plaintiff has submitted evidence sufficient to prove its up its attorney fees and the amount of interest due.

Thus, having considered the motion and the evidence, and being adequately advised of the premises, I find and conclude that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That plaintiff's **Motion To ReOpen Civil Action, Notice of Failure To Comply With Stipulated Judgment and Request for Order Entering Judgment** [#22], filed June 2, 2015, is granted;

2.  That under **D.C.COLO.LCivR 41.2**, the clerk is directed to reopen this civil action; and

3.  That judgment shall enter on behalf of plaintiff, Energy Drilling, LLC, a Wyoming Corporation, against defendant, Rancher's Exploration Partners, LLC, a Nevada limited liability company, pursuant to the terms of the parties' **Stipulation in Lieu of Judgment** ¶ 6 at 2 [#20], filed March 14, 2014, in the total amount of $55,555.56 (comprised of (a) $34,272.02 for the unpaid balance of the debt; (b) $11,309.79 in interest; and (c) $9,973.75 in attorney fees), plus post-judgment interest at the rate of 18%, as provided by the stipulated judgment, from the date of the judgment until the judgment is paid.

Dated July 10, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge