**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03141-REB-NYW

ENERGY DRILLING, LLC, a Wyoming corporation,

    Plaintiff,

v.

RANCHER'S EXPLORATION PARTNERS, LLC, a Nevada limited liability company,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Granting Plaintiffs Motion to Re-Open Case** [#24] of Judge Robert E. Blackburn entered on July 10, 2015, it is

ORDERED that judgment shall enter on behalf of plaintiff, Energy Drilling, LLC, a Wyoming Corporation, against defendant, Rancher's Exploration Partners, LLC, a Nevada limited liability company, pursuant to the terms of the parties' **Stipulation in Lieu of Judgment** ¶ 6 at 2 [#20], filed March 14, 2014, in the total amount of $55,555.56 (comprised of (a) $34,272.02 for the unpaid balance of the debt; (b) $11,309.79 in interest; and (c) $9,973.75 in attorney fees), plus post-judgment interest at the rate of 18%, as provided by the stipulated judgment, from the date of the judgment until the judgment is paid.

    Dated at Denver, Colorado this 18th day of March, 2016.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

By:  s/   K. Finney

K. Finney
Deputy Clerk